# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| GUARDIANS ROLLER DERBY,<br><br>*Plaintiff*,<br><br>v.<br><br>CLEVELAND GUARDIANS BASEBALL COMPANY, LLC,<br><br>*Defendant.* | Civil Action No.: 1:21-cv-02035-JG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the above-captioned action be, and the same is hereby dismissed, with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its or his own costs and attorneys' fees.

Dated: November 16, 2021

By: */s/ Christopher M. Pardo*
    Christopher M. Pardo (OH Bar No. 98629)
      *cpardo@HuntonAK.com*
    HUNTON ANDREWS KURTH LLP
    60 State Street, Suite 2400
    Boston, MA 02109
    Tel: (617) 648-2800
    Fax: (617) 433-5022

*Counsel for Plaintiff Guardians Roller Derby*

By: */s/ Dale M. Cendali*
    Dale M. Cendali
      *dale.cendali@kirkland.com*
    Mary Mazzello
      *mary.mazzello@kirkland.com*
    KIRKLAND & ELLIS LLP
    601 Lexington Avenue
    New York, NY 10022
    Tel: (212) 446-4800
    Fax: (212) 446-4900

*Counsel for Defendant Cleveland Guardians Baseball Company, LLC*

(*Additional counsel listed on following page*)

Edward T. Colbert*
   *ecolbert@HuntonAK.com*
William M. Merone*
   *wmerone@HuntonAK.com*
Erik C. Kane*
   *ekane@HuntonAK.com*
Katherine P. Sandberg*
   *ksandberg@HuntonAK.com*
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: (202) 955-1500
Fax: (202) 778-2201


*Counsel for Plaintiff Guardians Roller Derby*

*pro hac vice* applications were to be forthcoming